DEAR COURT OF CRIMINAL APPEALS,

72,137-10

MY NAME IS FREDERICK DEWAYNE MALONE. #1533349, AND I AM MEMBER OF BROTHERHOOD OF LIGHT UNDER CHURCH OF LIGHT AND BOTH UNDER THE RELIGION OF THE STARS. MEMBERSHIP No. 103824 AND CARD S.

MAGICAL FORMULA: Jod· HE· VAU· HE

~~crossed out~~

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 14 2015
Abel Acosta, Clerk

COMPANIONSHIP: 4·5·6·7

I AM WRITING TO YOU OR YOU'LL BECAUSE I THINK AND I FEEL YOU ARE MASTER OF YOUR KINGDOM AND RULER OF YOUR KINGDOM. I AM WRITING UNDER NINTH HOUSE: IT RULES THE HIGHER MIND. IT RULES GOING COURT IN LEGAL MATTERS & BOOKS. MUNDANE: THE LAW, LEGAL SYSTEM.

I AM SURE I AM IN NEED OF YOU'LL HELP BECAUSE I FEELS THAT ITS SO MANY MENS AND WOMENS THAT GETTING DENIED WITHOUT A WRITTEN ORDER. BECAUSE THEY CANNOT FIND THE CASE CITE. I AM AND I FEELS THAT PRISON'S LAW LIBRARY (NOT) UP TO DATE AND I FEELS ITS ABUSEFUL MENTIL TO DENY DEFENDANTS CASE CITE TO HELP SELF. I AM SURE AND I FEELS THESE DEFENDANT ARE (NOT) ATTORNEYS AT ALL OR I FEELS THEY DO (NOT) HAVE A DEGREE IN LAW.

I AM SURE AND I FEELS THIS IS NOT SPIRITUAL AT ALL. I AM AND I FEELS I HAVE DEVOTED TO HELPING OTHERS TO THE UTMOST EXTENT, TO FEEDING THE FLOCK. I AM ASKING FOR BROTHERS HELP OR SISTERS HELP TO HELP ME TO HELP OTHERS BECAUSE I FEELS DEFENDANTS ARE BEING DENIED A FAIRNESS OF JUSTICE AND TRIAL.

-1-

CLEARLY STATES: This Ruler of Life And death, of the External World And the Astral Kingdom Which belong to the 12th House, indicate That He both Knows The Truth, And That He Applies That Knowledge in Appropriate Action. The Scepter of Power indicates Creative Energy under Control, And directed As The Rule Wills. The Control of Energy Such As The Scepter Represents indicates That Scepter to be one Symbol of the Tree of Life.

Joseph And Pharoah Are Not only linked, As Types of Sagittarius And Pisces influences, in The Old Testaments but in Addition To The Keys Which Peter Holds, The New Testament in Revelation mentions A Book of Seven Seals. Sagittarius, As Natural Ruler of The 9th House, The House of Publishing, Relates To Books: And The Seven Seals Are The impress Which The Seven Planets Make upon The Book of Nature. Yet This book, Which Rightfully belongs to Sagittarius And Not To Pisces, When Mentioned in Revelation is Associated With The Constellation Cepheus: And I Saw in The Right Hand of Him That Sat on the Throne A Book Written Within And On The backside, Sealed With Seven Seals."

Cepheus Picture The Sagittarius-decanate of The Sign Which Has Rule of Religion, Seeing Clearly And Expressing benevolently.

STATES CLEARLY: Reason And Intuition Thus Approach Knowledge From different directions. While Intuition Touches Truth, it does Not get The View That Reason does, Even Though Reason only Points in its direction.

SATES CLEARLY: A Soul IS COMPLETELY MORAL WHEN it is CONTRIBUTING its UTMOST TO COSMIC WELFARE.

STATES CLEARLY: SPIRITUAL Side of THE PLANET PLUTO, REVERSE THE MOTIVE AND THE RESPONSE, FROM its SO THAT BEHIND All ACTION IS THE Thoughts NOT HOW MUCH I CAN RECEIVE, but How MUCH I CAN GIVE.

STATE CLEARLY: AS it IS ABOVE So IT IS below, AND THAT WHICH IS BELOW IS like UNTO THAT which IS.

LIFE, Light AND LOVE

7-3-14